PASQUALE GRASSI, Respondent, v. THE LUSTBADER CONSTRUCTION CO., INC., Appellant, and P. GRASSI & BRO., INC., Defendant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

ELSIE HARSCH and EMA HEIMSCH, Respondents, v. MAURE BALDUCCI, Appellant.— Order denying defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

JOHN HASSETT, Respondent, v. DAVID SADOWSKY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Petition of LUIGI ROMA, Respondent, to Register the Title to Certain Land, etc. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Judgment of registration reversed upon the law and the facts, with costs, and petition and proceedings dismissed without prejudice and with costs. No grant of the part of the property lying west of the original low-water mark of the East river is established in the record; and since that portion of the property is land under a tidal and navigable body of water (the East river), the title seems still to be in the State of New York, as the upland owner cannot acquire title thereto by filling in or by adverse possession. In any event there is no legal evidence of adverse possession. (*Hinkley* v. *State of New York*, 234 N. Y. 309; *Saunders* v. *N. Y. C. & H. R. R. R. Co.*, 144 id. 75.) The Land Office may furnish the petitioner relief. (*People* v. *Steeplechase Park Co.*, 218 N. Y. 459, 478.) Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

In the Matter of the Application of ABRAHAM WEINSTOCK, Respondent, for an Order Designating and Appointing an Arbitrator, etc. G. E. B. HOLDING CORPORATION, Appellant.— Order designating and appointing an arbitrator affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

JAYFRIED REAL ESTATE CORPORATION, Respondent, v. BENJAMIN KAPLAN, Appellant.— Order granting plaintiff's motion for temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Carswell, J., dissents except as to that part of the order which enjoins defendant from incumbering or obstructing the private hall in the rear of the store.

EUGENE KADE, Respondent, v. SANITARY FIREPROOFING AND CONTRACTING COMPANY, Respondent. EDMUND B. O'CONNELL, Appellant.— Order denying motion for leave to interplead affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

DAVID W. KEEN, Respondent, v. JOSEPH SPATT and ISIDOR JACOBS, Appellants, and HENRY B. SALTMAN, Defendant. (Appeal No. 1.) — Order directing clerk at Trial Term to accept note of issue and to file it as of November 16, 1925, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.